In the Matter of JAMES PETTUS, Petitioner, v PEOPLE OF STATE OF NEW YORK, Respondent. [918 NYS2d 880]—

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 7804 [b]; 506 [b]). Rivera, J.P., Balkin, Leventhal and Hall, JJ., concur.